

November 26, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Room 530
White Plains, NY 10601-4150

By Electronic Filing

  Re: Jamal, et al v. Hochul, et al, 25-cv-06332 (PMH) (VR)

Dear Judge Halpern:

  My firm, with co-counsel, represents Plaintiffs in the above-referenced case.

  Plaintiffs, with consent from the Westchester County Defendants ("County Defendants"),[1] write to Your Honor to ask respectfully for leave to file an amended complaint and a corresponding extension of the County Defendants' time to answer.

  The County Defendants' deadline to answer or move is Friday, November 28, 2025. In compliance with Your Honor's Individual Practices in Civil Cases, County Defendants served a letter under the Court's Rule 4(C)(ii) on November 18, 2025, and Plaintiffs served a response on November 25, 2025 as permitted by the Court's Rules.[2]

  As noted in Plaintiffs' response, Plaintiffs intended to amend but both (1) because of later-falling deadlines for other Defendants (including those that waived service[3]) and (2) because of the holidays and a lead member of Plaintiffs' team having two trials, one next week and one in mid-December, Plaintiffs need more time to do so and believe it would be much more efficient to respond to any other Rule 4(C)(ii) letter in the same amendment.

---

[1] Those are: (i) the County of Westchester; (ii) Capt. James B. Greer; (iii) Lt. Paul J. Cusano; (iv) former Lt. Brian M. Hess; (v) Sgt. Daniel S. Dumser; (vi) Sgt. Mathieu E. Ricozzi; (vii) Sgt. Trevor M. Dennin; (viii) Officer Malik L. Burts; (ix) Officer Javier DeJesus; (x) Officer Michael P. Maffei; (xi) Officer Robert L. Camaj; (xii) Officer Brandon A. Day; (xiii) Officer Paul S. Desousa; (xiv) Officer John J. Severi; (xv) Officer Nicholas Lopano; (xvi) Officer Marilena T. Sophia; (xvii) Officer Eliot Wilder; (xviii) Officer Ryan G. Watts; (xix) Officer Thomas C. Olsen; (xx) Officer Tufan S. Dilschmann; (xxi) Officer Tyler J. Smith; (xxii) Officer Oisin McGloin.

[2] Those letters are not attached, but can be submitted if the Court would prefer.

[3] The non-County Defendants are Governor Hochul, Milagros, the City of White Plains, the Town/Village of Harrison, the Village Of Port Chester, the Village Of Rye Brook, Village Of Larchmont, Frank, Christopher Sharp, [First Name Unknown] Schwartz, Dayton Tucker, Cindy Markus, James Mcgowan, James Foley, Matthew Alto, and Gary Mccord Jr.

  Of those, the Village of Larchmont waived service, giving it an automatic extension of time to answer until January 5, 2026. ECF No. 14. The remaining non-County Defendants were served, but have not served any pre-motion letter or appeared yet.



      In light of the above, Plaintiffs respectfully request, with County Defendants' consent, that Plaintiffs be permitted leave to file an amended complaint by January 30, 2026 and that County Defendants' be permitted to file an answer by March 16, 2026.

      No prior extension has been sought, and this extension does not affect any other deadline but rather harmonizes all answer/motion to dismiss deadlines.

      As always, we thank the Court for its time and attention.

      Respectfully submitted,

      /s/
      _____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**Cohen&Green P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com