

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ALEXANDRA CORSI**
Senior Counsel
acorsi@law.nyc.gov
Phone: (212) 356-3545
Fax: (212) 356-3509

> Application granted in part and denied in part. The time for Defendants Lynch, Schwartz, and Sharp to file an answer or pre-motion letter with respect to the operative pleading is extended to January 15, 2026.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         December 9, 2025

**By ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quorropas Street, Suite 530
White Plains, New York 10601

Re:   *Amani Jamal, et al. v. Hochul, et al.*, 25 CV 6332 (PMH)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and attorney assigned to the above-referenced matter, which names thirty-eight (38) defendants including New York City Department of Environmental Protection Sergeant Frank Lynch, Officer Christopher Sharp, and Officer Schwartz. This Office writes to respectfully request that the Court *sua sponte* hold Officers Lynch, Sharp and Schwartz's responses to the First Amended Complaint in abeyance given Plaintiffs' November 26, 2025 application requesting leave to file a second amended complaint, and the Court's December 1, 2025 Order in response. (*See* Docket Entry Nos. 16, 17).

Upon information and belief, and based on a review of the docket, it appears that Plaintiffs may have served Officers Lynch, Sharp and Schwartz with copies of the summons and the First Amended Complaint on or about November 10, 2025. On December 1, 2025, the undersigned was assigned this matter and to date, has not yet had an opportunity to resolve representation with Officers Lynch, Sharp and Schwartz pursuant to General Municipal Law 50-k.

However, on November 26, 2025, Plaintiffs requested leave to file a second amended complaint. (*See* Docket Entry Nos. 16.) Pursuant to the Court's December 1, 2025 Order in response, Plaintiffs were provided a December 15, 2025 deadline to file a second amended complaint and the Westchester County Defendants were provided a January 15, 2025 deadline to respond to same. (Id. at No. 17.)

      Accordingly, without appearing or making any representations on behalf of Officers Lynch, Sharp, and Schwartz, it is our hope that the Court will *sua sponte* hold Officers Lynch, Sharp and Schwartz's responses to the First Amended Complaint in abeyance given Plaintiffs' November 26, 2025 application requesting leave to file an amended complaint, and the Court's December 1, 2025 Order in response. Assuming Plaintiffs properly serve Officers Lynch, Sharp and Schwartz with a copy of the summons and second amended complaint, it is our hope the same January 15, 2025 deadline can be provided to Officers Lynch, Sharp, and Schwartz while representation issues are resolved and so that their defenses are not jeopardized during this time. This is the first request of this kind and Plaintiffs' counsel consents to this request.

      Thank you for your consideration of the instant application.

      Respectfully submitted,

/s/ *Alexandra Corsi*
Alexandra Corsi
Senior Counsel

cc:   All counsel of record (by ECF)