# THE ABOUSHI LAW FIRM PLLC

**1441 Broadway Fifth Floor**                                                                    **4922 4th Avenue 2nd Fl**
**New York, NY 10018**                                                                            **Brooklyn, NY 11220**
**Telephone: (212) 391-8500**                                                              **www.Aboushi.com**

December 11, 2025

**BY ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
 300 Quarropas St.
 White Plains, NY 10601-4150

                         Re: Jamal, et al. v. Hochul, et al.
                              Case No. 7:25-cv-06332 (PMH)

Dear Hon. Judge Halpern,

       I along with co-counsel, represent that Plaintiffs and write pursuant to section 1C of Your Honor's individual practices to request that this matter be marked related to Thompson, et al. v. Hochul, et al. Case No. 25-cv-6322 currently before District Judge Nelson S. Roman for judicial efficiency and so that discovery can be coordinated and that Plaintiffs' time to file an amended complaint be adjourned to January 09, 2026, which is the same date by which the *Thompson* plaintiffs must also file their amended complaint. Attached with this letter is the Related Case Statement, along with an addendum detailing the procedural status and summarizing any court rulings for both cases.

       This is Plaintiffs' first request for an adjournment to file an amended complaint and requires additional time to do so due the difference discussions had with various defense counsel. As both this and the *Thompson* matter involve the same defendants, Plaintiffs would like the filings to be consistent. Plaintiffs are not seeking to consolidate both actions into one.

       Plaintiffs' deadline to file an amended complaint is Monday, December 15, 2025. Plaintiffs' counsel emailed all counsel appearing on behalf of the Defendants yesterday evening and asked for their positions on both requests. Plaintiffs' counsel followed up again shortly before noon today hoping to prompt a response from Defendants counsel.  As of the filing of this letter, counsel for Defendants Sergeant Frank Lynch, Officer Christopher Sharp, and Officer Schwartz responded and consents to Plaintiffs' request for an extension of time to file an amended Complaint and otherwise needed additional time to respond to our request for this matter to be marked related to *Thompson*. Counsel for Defendant Westchester County responded that she is not opposed to notifying the court that there is a pending related matter but also needed additional time to decide whether it would consent to this matter being marked related and took no position on Plaintiffs' extension request but deferred to the court.

       Lastly, with respect to relatedness, we wish to highlight that on December 4, 2025, Judge Roman issued a briefing schedule (ECF No. 36) terminating all pending pre-motion letters, waiving the pre-motion conference requirement, and directing Plaintiffs to file a Second Amended Complaint

("SAC") by January 9, 2026. If an SAC is filed, Defendants must answer or otherwise respond within 21 days. The Court further set the following briefing schedule for any motions to dismiss the First Amended Complaint or SAC: Defendants are to serve (but not file) their motions by February 17, 2026; Plaintiffs are to serve (but not file) their opposition by March 31, 2026; and Defendants are to serve their replies by April 15, 2026, with all motion papers to be filed on April 15, 2026. Plaintiffs respectfully submit that a consolidated schedule consistent with the one set by Judge Roman would promote efficiency and avoid duplicative motion practice in both the *Thompson* and *Jamal* matters.

      As always, we thank the Court for its time and attention to this matter.

                                      Respectfully submitted,
                                      The Aboushi Law Firm PLLC

                                      s/Tahanie A. Aboushi
                                      Tahanie A. Aboushi, Esq.

cc: All Counsel of Record