IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

Full Caption of Later Filed Case:

Sabrina Thompson et al.,

Plaintiff

vs.

Hochul, et al.,

Defendant

Case Number

Case No. 25-cv-6322

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Amani Jamal et al.

Plaintiff

vs.

Hochul, et al.,

Defendant

Case Number

7:25-cv-06332

IH-32                                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

| ☐ Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.) |
| ✔ Open | (If so, set forth procedural status and summarize any court rulings.) |

Both of these matters are in the same procedural posture as both Thompson, et al. v. Hochul, et al. Case No. 25-cv-6322 (and Jamal, et al. v. Hochul, et al. Case No. 7:25-cv-06332 (PMH) were filed on July 31, 2025.

Service of the complaint was completed by November 29th, per an extension granted by both courts. Some of the Defendants began filing pre-motion conference letters to dismiss or extensions of time to answer in the last 10 days. Plaintiffs a First Amended Complaint, respectively in each case on October 20, 2025 before the Defendants were served. On 12/04/25, The Court in Thompson ordered a briefing schedule regarding the filing of a second amended complaint and any motions to dismiss. See Attached addendum.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

While Thompson, et al. v. Hochul, et al. Case No. 25-cv-6322 (NSR) involves a putative class action and Jamal, et al. v. Hochul, et al. Case No. 7:25-cv-06332 (PMH) only invovled 4 individual Plaintiffs, both matters arise out of the same incident that occurred on SUNY campus on May 02, 2024. The incident was in regards to a protest held by SUNY purchase students in which at some later point, faculty became involved.
In addition, both matters are filed against the same defendants who responded to the incident and are alleged to have taken specific action as detailed in the respective complaints.
Lastly, the Thompson matter was filed first and so the first filed rule also dictates that the Jamal matter be consolidated for purposes of discovery with the Thompson matter.

Signature: _____    Date: _____

Firm: _____

**ADDENDUM TO RELATED CASE STATEMENT**

**<u>Thompson et al. v. Hochul et al</u>. (Case No. 25-cv-6322)**
**<u>Jamal et al. v. Hochul et al.</u> (Case No. 7:25-cv-06332)**

1. **<u>Thompson et al. v. Hochul et al</u>.**

    **July 31, 2025**:
    Plaintiffs' Complaint against all Defendants filed, along with Civil Cover Sheet and Notice of Appearance by Tahanie Ahmad Aboushi, Esq. on behalf of Plaintiffs Aryana Alexis Anderson, Raven Karlick, Shaka McGlotten, Lillian Paone, and Sabrina Taeko Thompson.

    **September 28, 2025**:
    Motion for Maryam Sughra Fatouh, Esq. to Appear Pro Hac Vice for all Plaintiffs. Request for Issuance of Summons as to All Defendants.

    **October 2, 2025:**
    Order Granting Pro Hac Admission for Maryam Sughra Fatouh, Esq.

    **October 20, 2025**
    First Amended Complaint filed by Plaintiffs.

    **October 23, 2025:**
    Letter from Plaintiff's Attorney Regina Yu to Judge Nelson Stephen Roman (dated 10/22/2025) requesting a one-month extension of time within which to complete service on Defendants, from October 29, 2025 to November 29, 2025.

    **October 24, 2025:**
    Court granted Plaintiffs' request, directing Plaintiffs to complete service on Defendants by or on November 29, 2025, and to file proof on the docket upon effectuating service.

    **November 17, 2025:**
    Notice of Appearance by Jennifer E. Sherven, Esq. and Shiddhartha Uddin, Esq. on behalf of Defendant Village of Larchmont. Waiver of Service Returned Executed. Village of Larchmont waiver sent on 11/6/2025, answer due 1/5/2026.

    **November 18, 2025**:
    First Letter addressed to Judge Nelson Stephen Roman from Robert Taglia, counsel for Westchester County, re: 1983 Plan Designation.

**November 20, 2025:**

First Letter addressed to Judge Nelson Stephen Roman from Robert Taglia dated 11/20/2025 re: Withdrawing Request for 1983 Plan Designation. Affidavit of Service of Summons and Amended Complaint for all Defendants.

**November 26, 2025**:

Notice of Appearance by Julie Ann Ortiz, Esq. on behalf of Westchester County. First Letter Motion for Conference on Motion to Dismiss addressed to Judge Stephen Roman from Robert Taglia, Esq.  Order terminating Letter Motion for Conference and directing Plaintiffs to respond to Defendants' letter by December 3, 2025. The Clerk of Court is kindly directed to terminate the motion at ECF No. 26. Responses due by 12/3/2025.

**December 1, 2025**:

Notice of Appearbce by Elena Louisa Cohen, Esq. on behalf of all Plaintiffs. Consent Letter Motion for Extension of Time addressed to Judge Nelson Stephen Roman from Elena Cohen dated December 1, 2025. Order granting Letter Motion for Extension of Time to File Response/Reply. Plaintiffs are directed to respond to Defendants' letter by December 19, 2025. The Clerk of Court is kindly directed to terminate the motion at ECF No. 29.

**December 2, 2025:**

Letter Motion for Leave to File pre-answer motion to dismiss addressed to Judge Nelson Stephen Roman from Brian S. Sokoloff, and Gary McCord, Jr., Esq., counsel for Defendant Village of Port Chester.

**December 3, 2025**:

Order terminating Letter Motion for Leave to File Document. The Court directs Plaintiffs to respond to Defendants' letter by or on December 10, 2025.

**December 4, 2025:**

- Consent Letter Motion for Extension of Time to File Response/Reply as to Order on Motion for Leave to File Document, addressed to Judge Nelson Stephen Roman from Elena Cohen, Esq., counsel for Plaintiffs. Notice of Appearance by Courtney Anne Chadwell, Esq. on behalf of Village of Rye Brook.
- First Letter Motion for Conference regarding Rule 12(b)(6) motion to dismiss from Courtney Chadwell, Esq. filed by Village of Rye Brook.
- Order terminating Letter Motion for Extension of Time to File Response/Reply ;and terminating Letter Motion for Conference.
- Court waives the pre-motion conference requirement, directing the following: (1)Plaintiffs are directed to file an amended pleading (the Second Amended Complaint ("SAC")) by January 09, 2026, or inform the Court and Defendants that they do not intend to file an

Addendum to Related Case Statement

Thompson et al. v. Hochul et al. (Case No. 25-cv-6322)
Jamal et al. v. Hochul et al. (Case No. 7:25-cv-06332)

2

amended pleading. If Plaintiffs file a SAC, Defendants must file an answer or respond to the pleading within 21 days thereafter. If Plaintiff fails to timely file an amended pleading, the FAC shall be deemed the operative complaint.

(2)Should Defendants still seek to file motions to dismiss either as to the FAC or SAC, the parties are directed to adhere to the following schedule:

a. Defendants are directed to serve (not file) their motions on February 17, 2026;

b. Plaintiffs are directed to serve (not file) their opposition on March 31, 2026;

c. Defendants reply is to be served on April 15, 2026. All motion papers are to be filed on the reply date, April 15, 2026.

**December 8, 2025:**
Consent Letter Motion for Extension of Time from Alexandra Corsi, Esq., Counsel for Defendant NYC DEP, requesting the Court to hold Defendants' response to the Complaint in abeyance and provide Defendants with the same deadlines to respond to the operative pleading as set forth in the December 4, 2025 Order is granted.

**December 9, 2025**:
Stipulation of Voluntary Dismissal without prejudice against the defendant(s) Village of Rye Brook.

**December 10, 2025:**
Stipulation of Voluntary Dismissal was reviewed and referred to Judge Nelson Stephen Roman for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety.

2. **Jamal et al. v. Hochul et al.**

   **July 31, 2025:**
   Complaint filed on behalf of Plaintiffs Kaelin Martin, Amani Jamal, Lily Ellinghaus, William Christopher Cavallo, against all Defendants, along with Civil Cover Sheet and Notice of Appearance by Tahanie Ahmad Aboushi, Esq. on behalf of Plaintiffs.

   **October 20, 2025:**
   Plaintiffs' First Amended Complaint is filed.

   **October 22, 2025:**
   First Letter Motion for Extension of Time to serve complaint filed by Plaintiffs.

   **October 23, 2025:**
   Order granting Letter Motion for Extension of Time to November 29, 2025.

Addendum to Related Case Statement
Thompson et al. v. Hochul et al. (Case No. 25-cv-6322)
Jamal et al. v. Hochul et al. (Case No. 7:25-cv-06332)

3

**November 25, 2025**:

Waiver of Service Returned Executed by Village of Larchmont- waiver sent on 11/6/2025, answer due 1/5/2026. Notice of Appearance by Remy Green on behalf of all Plaintiffs.

**November 26, 2025:**

Consent Letter Motion for Extension of Time to Amend and for the County Defendants to file an Answer/Otherwise Move filed by Plaintiffs.

**December 1, 2025:**

Order granting in part and denying in part Letter Motion for Extension of Time. The time for Plaintiffs to file a second amended complaint is extended to December 15, 2025 and the time for the County Defendants to file an answer or pre-motion letter with respect to the operative pleading is extended to January 15, 2026.

**December 8, 2025:**

Consent Letter Motion for Extension of Time from Alexandra Corsi, Esq. On behalf of Defendant City of New York.

**December 9, 2025**:

Order granting in part and denying in part Letter Motion for Extension of Time. Time for Defendants Lynch, Schwartz, and Sharp to file an answer or pre-motion letter with respect to the operative pleading is extended to January 15, 2026.

Addendum to Related Case Statement
Thompson et al. v. Hochul et al. (Case No. 25-cv-6322)
Jamal et al. v. Hochul et al. (Case No. 7:25-cv-06332)
4