UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM CHRISTOPHER CAVALLO,

                              Plaintiffs,

            -against-

KATHY HOCHUL, as Governor of the State of New York, in her individual capacity; MILAGROS PEÑA, as President of SUNY Purchase, in her individual capacity; WESTCHESTER COUNTY; CITY OF WHITE PLAINS; TOWN/VILLAGE OF HARRISON; VILLAGE OF PORT CHESTER; VILLAGE OF RYE BROOK; VILLAGE OF LARCHMONT; Chief of the New York State University Police ("UPD") DAYTON TUCKER, in his individual capacity; NYC Department of Environmental Protection ("DEP") Sergeant FRANK LYNCH, in his individual capacity; NYC DEP Officer CHRISTOPHER SHARP, in his individual capacity; NYC DEP Officer First Name Unknown ("FNU") SCHWARTZ, in his individual capacity; UPD Inspector CINDY MARKUS, in her individual capacity; UPD Lieutenant JAMES MCGOWAN, in his individual capacity; UPD Officer JAMES FOLEY, in his individual capacity; Westchester County Officer MALIK L. BURTS, in his individual capacity; Westchester County Officer JAVIER DEJESUS, in his individual capacity; Westchester County Sergeant DANIEL S. DUMSER, in his individual capacity; Westchester County Sergeant MATHIEU E. RICOZZI, in his individual capacity; Westchester County Lieutenant PAUL J. CUSANO, in his individual capacity; Westchester County Officer MICHAEL P. MAFFEI, in his individual capacity; Westchester County Officer ROBERT L. CAMAJ, in his individual capacity; Westchester County Officer BRANDON A. DAY, in his individual capacity; Westchester County Officer PAUL S. DESOUSA, in his individual capacity; Westchester County Officer JOHN J. SEVERI, in his individual capacity; Westchester County Officer NICHOLAS LOPANO, in his individual capacity; Westchester County Officer MARILENA T. SOPHIA, in her individual capacity; Westchester County Officer ELIOT WILDER, in his individual capacity; Westchester County Officer RYAN G. WATTS, in his individual capacity; Westchester County Sergeant TREVOR M. DENNIN, in his individual capacity; Westchester County Officer THOMAS C. OLSEN, in his individual capacity;

**Docket No.:**
**25-cv-06332(NSR)**

**NOTICE OF APPEARANCE**

Westchester County Officer TUFAN S. DILSCHMANN, in his individual capacity; Westchester County Officer TYLER J. SMITH, in his individual capacity; Westchester County Lieutenant BRIAN M. HESS, in his individual capacity; Westchester County Captain JAMES B. GREER, in his individual capacity; UPD Officer MATTHEW ALTO, in his individual capacity; Officer GARY MCCORD Jr., in his individual capacity; Officer OISIN MCGLOIN, in his individual capacity; and POLICE OFFICERS JOHN AND JANE DOE 1-10 AT UPD and THE VARIOUS MUNICIPALITIES,

          Defendants.
------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that STEVEN J. HARFENIST of the law firm of HARFENIST KRAUT & PERLSTEIN, LLP, hereby appears in the above captioned action as counsel to defendant, THE TOWN/VILLAGE OF HARRISON.

Dated: December 23, 2025
  Purchase, New York

         HARFENIST KRAUT & PERLSTEIN, LLP

  By:  *Steven J. Harfenist*
      Steven J. Harfenist
      *Attorneys for Defendant*
      *The Town/Village of Harrison*
      2975 Westchester Avenue, Suite 415
      Purchase, New York 10577
      T: (914) 701-0800
      F: (914) 701-0808
      E: sharfenist@hkplaw.com