UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS and WILLIAM CHRISTOPHER CAVALLO, on behalf of themselves and all other similarly situated,

                        Plaintiffs,

    -against-

KATHY HOCHUL, as Governor of the State of New York, in her individual capacity; MILAGROS PEÑA, as President of SUNY Purchase, in her individual capacity; WESTCHESTER COUNTY; VILLAGE OF MOUNT KISCO; CITY OF WHITE PLAINS; TOWN/VILLAGE OF HARRISON; VILLAGE OF PORT CHESTER; VILLAGE OF RYE BROOK; VILLAGE OF LARCHMONT; Chief of the New York State University Police ("UPD") DAYTON TUCKER, in his individual capacity; NYC Department of Environmental Protection ("DEP") Sergeant FRANK LYNCH, in his individual capacity; NYC DEP Officer CHRISTOPHER SHARP, in his individual capacity; NYC DEP Officer First Name Unknown ("FNU") SCHWARTZ, in his individual capacity; UPD Inspector CINDY MARKUS, in her individual capacity; UPD Lieutenant JAMES MCGOWAN, in his individual capacity; UPD Officer JAMES FOLEY, in his individual capacity; Westchester County Officer MALIK L. BURTS, in his individual capacity; Westchester County Officer JAVIER DEJESUS, in his individual capacity; Westchester County Sergeant DANIEL S. DUMSER, in his individual capacity; Westchester County Sergeant MATHIEU E. RICOZZI, in his individual capacity; Westchester County Lieutenant PAUL J. CUSANO, in his individual capacity; Westchester County Officer MICHAEL P. MAFFEI, in his individual capacity; Westchester County Officer ROBERT L. CAMAJ, in his individual capacity; Westchester County Officer BRANDON A. DAY, in his individual capacity; Westchester County Officer PAUL S. DESOUSA, in his individual capacity; Westchester County Officer JOHN J. SEVERI, in his individual capacity; Westchester County Officer NICHOLAS LOPANO, in his individual capacity; Westchester County Officer MARILENA T. SOPHIA, in her individual capacity; Westchester County Officer ELIOT WILDER, in his individual capacity; Westchester County Officer RYAN G. WATTS, in his individual capacity; Westchester County Sergeant TREVOR M. DENNIN, in his individual capacity; Westchester County Officer THOMAS C. OLSEN, in his individual capacity; Westchester County Officer TUFAN S. DILSCHMANN, in his individual capacity; Westchester County Officer TYLER J. SMITH, in his individual capacity; Westchester County Lieutenant BRIAN M. HESS, in his individual capacity; Westchester County Captain JAMES B. GREER, in his individual capacity; UPD Officer MATTHEW ALTO, in his individual capacity and as a representative of a defendant class

Civil Case No.:  25-cv-06332-NSR

**NOTICE OF APPEARANCE**

of New York State University Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; Officer GARY MCCORD Jr., in his individual capacity and as a representative of a defendant class of Port Chester Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; Officer OISIN MCGLOIN, in his individual capacity and as a representative of a defendant class of Westchester County Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; and POLICE OFFICERS JOHN AND JANE DOE 1-9 AT UPD and THE VARIOUS MUNICIPALITIES;

                 Defendants.
---------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Jennifer E, Sherven, Esq., an attorney duly-admitted to this Court, hereby appears as counsel for Defendant, VILLAGE OF LARCHMONT ("Defendant"). Please forward a copy of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
    December 23, 2025

                **KAUFMAN DOLOWICH LLP**
                *Attorneys for Defendant Village of Larchmont*

              By: _____
                Jennifer E. Sherven, Esq.
                135 Crossways Park Drive, Suite 201
                Woodbury, New York 11797
                (516) 681-1100
                Jsherven@kaufmandolowich.com

TO: All Parties via ECF

4901-5955-5460, v. 1