**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer E. Sherven, Esq.**
JSherven@kaufmandolowich.com

December 30, 2025

**VIA NYSCEF & EMAIL**
Hon. Nelson Stephen Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    *Amani Jamal, et al. v. Hochul, et al.*
               Case No. 25-cv-6332 (NSR)

Dear Judge Román:

    The undersigned represents the defendant, Village of Larchmont ("Larchmont"), in the above-referenced action. We write to respectfully request that the Court extend the time for Larchmont's response to the First Amended Complaint in light of Plaintiff's application seeking leave to file a Second Amended Complaint (ECF No. 20), and the Court's Order granting such extension to January 9, 2026 (ECF No. 21). Accordingly, Larchmont respectfully requests that the Court issue an order extending Larchmont's time to respond with respect to the operative pleading from January 5, 2026 to January 30, 2026 in accordance with the Court's Order, dated December 12, 2025.

    We thank the Court for its consideration and for future courtesies extended.

                              Respectfully Submitted,
                              Kaufman Dolowich LLP

                              Jennifer E. Sherven
                              Shiddhartha Uddin

cc:    All counsel of record (via NYSCEF & Email)