UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS,
and WILLIAM CHRISTOPHER CAVALLO,

                            Plaintiff,

    -against-                                **NOTICE OF APPEARANCE**

KATHY HOCHUL, as Governor of the State of New     25 CV 6322
York, in her individual capacity; MILAGROS PEÑA, as
President of SUNY Purchase, in her individual capacity;
WESTCHESTER COUNTY; CITY OF WHITE PLAINS;
TOWN/VILLAGE OF HARRISON; VILLAGE OF
PORT CHESTER; VILLAGE OF RYE BROOK;
VILLAGE OF LARCHMONT; Chief of the New York
State University Police ("UPD") DAYTON TUCKER, in
his individual capacity; NYC Department of
Environmental Protection ("DEP") Sergeant FRANK
LYNCH, in his individual capacity; NYC DEP Officer
CHRISTOPHER SHARP, in his individual capacity;
NYC DEP Officer First Name Unknown ("FNU")
SCHWARTZ, in his individual capacity; UPD Inspector
CINDY MARKUS, in her individual capacity; UPD
Lieutenant JAMES MCGOWAN, in his individual
capacity; UPD Officer JAMES FOLEY, in his individual
capacity; Westchester County Officer MALIK L. BURTS,
in his individual capacity; Westchester County Officer
JAVIER DEJESUS, in his individual capacity;
Westchester County Sergeant DANIEL S. DUMSER, in
his individual capacity; Westchester County Sergeant
MATHIEU E. RICOZZI, in his individual capacity;
Westchester County Lieutenant PAUL J. CUSANO, in his
individual capacity; Westchester County Officer
MICHAEL P. MAFFEI, in his individual capacity;
Westchester County Officer ROBERT L. CAMAJ, in his
individual capacity; Westchester County Officer
BRANDON A. DAY, in his individual capacity;
Westchester County Officer PAUL S. DESOUSA, in his
individual capacity; Westchester County Officer JOHN J.
SEVERI, in his individual capacity; Westchester County
Officer NICHOLAS LOPANO, in his individual capacity;
Westchester County Officer MARILENA T. SOPHIA, in
her individual capacity; Westchester County Officer
ELIOT WILDER, in his individual capacity; Westchester

County Officer RYAN G. WATTS, in his individual capacity; Westchester County Sergeant TREVOR M. DENNIN, in his individual capacity; Westchester County Officer THOMAS C. OLSEN, in his individual capacity; Westchester County Officer TUFAN S. DILSCHMANN, in his individual capacity; Westchester County Officer TYLER J. SMITH, in his individual capacity; Westchester County Lieutenant BRIAN M. HESS, in his individual capacity; Westchester County Captain JAMES B. GREER, in his individual capacity; UPD Officer MATTHEW ALTO, in his individual capacity; Officer GARY MCCORD Jr., in his individual capacity; Officer OISIN MCGLOIN, in his individual capacity and POLICE OFFICERS JOHN AND JANE DOE 1-10 AT UPD and THE VARIOUS MUNICIPALITIES;

                                                   Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that David H. Schultz of Barry McTiernan & Moore LLC, located at 1 Battery Park, 35th Floor, New York, New York 10004 hereby appears in this action on behalf of defendant VILLAGE OF RYE BROOK.

Counsel requests that all papers, notices and orders in connection with the proceedings in this action, and which otherwise would be required to be served upon defendant are to be served upon the offices of the undersigned.

Dated: New York, New York
        January 6, 2026

                                              Yours, etc.,

                                              BARRY McTIERNAN & MOORE LLC
                                              Attorneys for Defendant
                                              VILLAGE OF RYE BROOK
                                              1 Battery Park – 35th Floor
                                              New York, New York 10004
                                              (212) 313-3600
                                              File No.: SP 70076
                                              By:_____
                                                 DAVID H. SCHULTZ

TO:

    ALL PARTIES VIA ECF