```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/08/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM CHRISTOPHER CAVALLO,

                              Plaintiffs,

    -against-

KATHY HOCHUL, as Governor of the State of New York, in her individual capacity; MILAGROS PEÑA, as President of SUNY Purchase, in her individual capacity; WESTCHESTER COUNTY; CITY OF WHITE PLAINS; TOWN/VILLAGE OF HARRISON; VILLAGE OF PORT CHESTER; VILLAGE OF RYE BROOK; VILLAGE OF LARCHMONT; Chief of the New York State University Police ("UPD") DAYTON TUCKER, in his individual capacity; NYC Department of Environmental Protection ("DEP") Sergeant FRANK LYNCH, in his individual capacity; NYC DEP Officer CHRISTOPHER SHARP, in his individual capacity; NYC DEP Officer First Name Unknown ("FNU") SCHWARTZ, in his individual capacity; UPD Inspector CINDY MARKUS, in her individual capacity; UPD Lieutenant JAMES MCGOWAN, in his individual capacity; UPD Officer JAMES FOLEY, in his individual capacity; Westchester County Officer MALIK L. BURTS, in his individual capacity; Westchester County Officer JAVIER DEJESUS, in his individual capacity; Westchester County Sergeant DANIEL S. DUMSER, in his individual capacity; Westchester County Sergeant MATHIEU E. RICOZZI, in his individual capacity; Westchester County Lieutenant PAUL J. CUSANO, in his individual capacity; Westchester County Officer MICHAEL P. MAFFEI, in his individual capacity; Westchester County Officer ROBERT L. CAMAJ, in his individual capacity; Westchester County Officer BRANDON A. DAY, in his individual capacity; Westchester County Officer PAUL S. DESOUSA, in his individual capacity; Westchester County Officer JOHN J. SEVERI, in his individual capacity; Westchester County Officer NICHOLAS LOPANO, in his individual capacity; Westchester County Officer MARILENA T. SOPHIA, in her individual capacity; Westchester County Officer ELIOT WILDER, in his individual capacity; Westchester

**STIPULATION OF DISCONTINUANCE AGAINST VILLAGE OF RYE BROOK**

25 CV 6322

County Officer RYAN G. WATTS, in his individual capacity; Westchester County Sergeant TREVOR M. DENNIN, in his individual capacity; Westchester County Officer THOMAS C. OLSEN, in his individual capacity; Westchester County Officer TUFAN S. DILSCHMANN, in his individual capacity; Westchester County Officer TYLER J. SMITH, in his individual capacity; Westchester County Lieutenant BRIAN M. HESS, in his individual capacity; Westchester County Captain JAMES B. GREER, in his individual capacity; UPD Officer MATTHEW ALTO, in his individual capacity; Officer GARY MCCORD Jr., in his individual capacity; Officer OISIN MCGLOIN, in his individual capacity and POLICE OFFICERS JOHN AND JANE DOE 1-10 AT UPD and THE VARIOUS MUNICIPALITIES;

                                                     Defendants.
-----------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties identified below, that all claims against defendant VILLAGE OF RYE BROOK. shall be and are hereby discontinued without prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:  New York, New York
          January 5, 2026

| | |
|---|---|
| BARRY McTIERNAN & MOORE LLC | COHEN & GREEN P.L.L.C. |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| VILLAGE OF RYE BROOK | 1639 Centre Street, Suite 216 |
| 1 Battery Park – 35th Floor | Ridgewood, New York 11385 |
| New York, New York 10004 | (929) 888-9480 |
| (212) 313-3600 | |
| By:_____ | By:_____ |
| DAVID H. SCHULTZ | ELENA L. COHEN |

Dated: January 8, 2026
      White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge