

# HKP | HARFENIST KRAUT & PERLSTEIN LLP

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

January 14, 2026

**VIA ECF**
United States District Court
Southern District of New York
Honorable Nelson Stephen Roman
300 Quarropas Street
White Plains, New York 10601

    **Re:**    *Amani Jamal, et al v. Kathy Hochul, et al*
           Docket No.: 25-cv-06332(NSR)

Dear Judge Roman:

    We represent defendant, Town/Village of Harrison and Police Officer Randy Bakay ("Defendants"), in the above referenced matter.

    Please let this letter serve as a request for an extension of time for Defendants to answer Plaintiffs' Second Amended Complaint, or file a pre-motion letter, on consent of Plaintiffs' counsel, through and including January 30, 2026.

    This is the Defendants' first request for an extension of time and this request does not affect any dates set by the Court.

    Thank you for your attention to this matter.

                                 Respectfully submitted,
                                 HARFENIST KRAUT & PERLSTEIN, LLP

                By:    *Steven J. Harfenist*
                                 Steven J. Harfenist

SJH/kn
cc:    All Counsel (via ECF)