# HKP | HARFENIST KRAUT & PERLSTEIN LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2026

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

January 14, 2026

**VIA ECF**
United States District Court
Southern District of New York
Honorable Nelson Stephen Roman
300 Quarropas Street
White Plains, New York 10601

      Re:    *Amani Jamal, et al v. Kathy Hochul, et al*
              Docket No.: 25-cv-06332(NSR)

Dear Judge Roman:

      We represent defendant, Town/Village of Harrison and Police Officer Randy Bakay ("Defendants"), in the above referenced matter.

      Please let this letter serve as a request for an extension of time for Defendants to answer Plaintiffs' Second Amended Complaint, or file a pre-motion letter, on consent of Plaintiffs' counsel, through and including January 30, 2026.

      This is the Defendants' first request for an extension of time and this request does not affect any dates set by the Court.

      Thank you for your attention to this matter.

                              Respectfully submitted,
                              HARFENIST KRAUT & PERLSTEIN, LLP

SJH/kn
  cc:    All Counsel (via ECF)      By:   *Steven J. Harfenist*
                                                      Steven J. Harfenist

*MEMO ENDORSED*

The Court is in receipt of Defendants the Town/Village of Harrison and Police Officer Randy Bakay letter requesting an extension to respond or otherwise answer the Second Amended Complaint. (ECF No. 34.) The Court GRANTS Defendants' request to the extent that Defendants only seek to submit an answer to the Second Amended Complaint. However, if Defendants the Town/Village of Harrison and Police Officer Randy Bakay, or **all Defendants of this action**, seek to dismiss the Second Amended Complaint, the Court waives the pre-motion conference and sets the following briefing schedule:

1. Defendants are directed to serve (not file) their motions on March 16, 2026;
2. Plaintiffs are directed to serve (not file) their opposition on April 15, 2026; and
3. Defendants reply is to be served on April 30, 2026.

All motion papers are to be filed on the reply date, April 30, 2026. As the motion papers are served, the parties are directed to send a digital/electronic copy via email and two hard copies via regular mail to Chambers. The Clerk of Court is kindly directed to termination the motion at ECF No. 34.

Dated: January 16, 2026
         White Plains, NY

                                                        SO ORDERED:
                                                        NELSON S. ROMÁN
                                                        United States District Judge