

**Office of the New York State Attorney General**

**Letitia James Attorney General**

January 27, 2026

**Via ECF**
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**    *Jamal, et al. v. Hochul, et al.*, No. 25 Civ. 6332 (NSR) (JCM);
             *Thompson, et al. v. Hochul, et al.*, 25-cv-6322 (NSR) (JCM) (related cases)

Your Honor:

      I am an Assistant Attorney General in the Office of New York State Attorney General Letitia James, which has received requests for representation in these actions from six of seven defendants associated with the State of New York or the State University of New York ("SUNY"). I write to respectfully request an extension of time for defendants Governor Kathy Hochul, Milagros Pena, former President of the State University of New York College at Purchase ("SUNY Purchase"), Matthew Alto, James McGowan, and Cindy Markus, current officers of the State University Police at SUNY Purchase ("UPD"), and James Foley, a former UPD officer (collectively the "State Defendants"), to answer, move against, or otherwise respond to the Second Amended Complaints in these actions until March 16, 2026.[1]

      While this Office is not presently representing any State Defendant in these actions, it has received requests for representation from six of them and is conducting the investigation required by N.Y. Public Officers Law ("POL") § 17.[2] Thus, this extension is requested on their behalf for the limited purpose of protecting their litigation interests and avoiding default while it investigates the allegations in the Second Amended Complaints and renders determinations concerning representation.

      Although according to the affidavits of service filed by Plaintiffs' counsel the State Defendants had been served with the original complaints in these actions, Plaintiffs have since filed Second Amended Complaints, which have not yet been served on any State Defendant. (*Jamal*, ECF

---

[1] This request is made without waiver of any defenses, including improper service, which are expressly preserved. Defendant Tucker, former UPD Chief, who has not yet requested representation, is no longer employed by SUNY.

[2] Public Officers Law § 17(c) reads: "Where the employee delivers process and a request for a defense to the attorney general as required by subdivision four of this section, the attorney general shall take the necessary steps including the retention of private counsel under the terms and conditions provided in paragraph (b) of subdivision two of this section on behalf of the employee to avoid entry of a default judgment pending resolution of any question pertaining to the obligation to provide for a defense."

The Hon. Nelson S. Roman    Page 2 of 2
January 27, 2026

No. 13; *Thompson*, ECF No. 22) The time for defendants who have been served with the Second Amended Complaints is currently January 30, 2026. Other defendants have requested and received extensions of time to respond. (*Jamal*, ECF No. 36; *Thompson*, ECF No. 49) The requested extension will permit this Office to conduct the representation analyses required by POL § 17, investigate Plaintiffs' allegations in their extensive Second Amended Complaints, and draft appropriate responses. Further, the requested extension will give Plaintiffs time to effectuate service on the remaining defendants.

   This is the first request for an extension of time to respond to the Second Amended Complaints and does not affect any other deadline. I contacted Plaintiffs' counsel who have consented to this extension.

   For the reasons set forth above, we respectfully request that the State Defendants be granted until March 16, 2026 to answer, move against, or otherwise respond to the Second Amended Complaints. We thank the Court for its consideration of this matter.

              Very truly yours,

              /s/ Clement J. Colucci
              CLEMENT J. COLUCCI
              Assistant Attorney General
              (212) 416-8634
              Clement.Colucci@ag.ny.gov

cc: all counsel (via ECF)