USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2026

**MEMORANDUM ENDORSEMENT**
7:25-cv-06332-NSR
Jamal et al v. Hochul et al.

    The Court GRANTS Plaintiffs' request for an extension of time to complete service of the Second Amended Complaint ("SAC") on the Defendants who do not yet have representation. Plaintiffs must complete service by March 31, 2026.

    In light of the fact that many Defendants do not yet have representation and will likely seek an extension to answer or otherwise respond to the SAC, the Court STAYS the current briefing schedule. On or before June 1, 2026, **all** Defendants shall file a single joint letter informing the Court whether they intend to move to dismiss the SAC. Once the Court receives Defendants' submission, it will issue an amended briefing schedule.

SO ORDERED.

Dated: February 25, 2026
       White Plains, NY

Nelson S. Román, U.S. District Judge



# COHEN GREEN

February 24, 2026

Hon. Nelson S. Román, U.S.D.J.
United States District Court, Southern District of New York
300 Quarropas St., Courtroom 218
White Plains, NY 10601-4150

By Facsimile: (914) 390-4179

Re:   **Jamal, et al v. Hochul, et al**, 25-cv-06332 (NSR) (VR)

Your Honor:

My firm, with co-counsel, represents Plaintiffs in the above-referenced case. I write to request an extension of time within which to complete service of the second amended complaint ("SAC") in this matter up to and including March 31, 2026, on the defendants who do not yet have representation recorded on the docket.[1] This is the first request for such relief.

It is our understanding that most if not all of these defendants are in conversation with agency and municipality counsel to resolve the issue of representation, therefore, the attorneys for the State as well as attorneys for the various municipalities in this case who have filed appearances are currently unable to accept service on behalf of these defendants.

For the reasons set forth above, Plaintiffs request an extension of time within which to complete service of the SAC on the defendants who do not yet have representation recorded up to and including March 31, 2026. Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____
Regina Yu
Cohen&Green P.L.L.C.
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

---

[1] As of the date of this letter, those defendants are: City of White Plains, Village of Port Chester, Chief Dayton Tucker, Sergeant Frank Lynch, Officer Christopher Sharp, Officer FNU Shwartz, Officer Malik L. Burts, Officer Javier DeJesus, Sergeant Daniel S Dumser, Sergeant Mathieu E. Ricozzi, Lieutenant Paul J Cusano, Officer Michael P Maffei, Officer Robert L Camaj, Officer Brandon A Day, Officer Paul S DeSousa, Officer John J Severi, Officer Nicholas Lopano, Officer Marilena T Sophia, Officer Eliot Wilder, Officer Ryan G Watts, Officer Thomas C Olsen, Officer Tufan S Dilschmann, Sergeant Trevor M Dennin, Officer Tyler J Smith, Lieutenant Brian M Hess, Captain James B Greer, Officer Gary McCord Jr., and Officer Oisin McGloin.

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com