UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

|  |  |
|---|---|
| | Case No.: 7:25-cv-6332 |

Plaintiff(s),

-against-

KATHY HOCHUL, ET AL.,

**AFFIRMATION OF SERVICE**

Defendant(s).

------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Elijah Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 10, 2026** at **11:38 am** at **255 Main Street, White Plains, NY 10601** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **CITY OF WHITE PLAINS, defendant**.

Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

Suitable Age Person: By delivering at the above address a true copy of the same to _____ a person who is of suitable age and discretion. Said premises is: the actual place of business abode or dwelling house/usual place of abode, within this state, and by

**X** Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to Jennifer Nash personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be Corporation Counsel Secretary thereof.

Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X  White Skin | Black Hair | 14-20 Yrs. | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs. | X 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Elijah Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

Case No.: 7:25-cv-6332

                                                   Plaintiff(s),

     -against-

KATHY HOCHUL,  ET AL.,

AFFIRMATION OF SERVICE

                               Defendant(s).

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

       Elijah Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 10, 2026** at **12:21 pm** at **222 Grace Church Street, Suite 120, Port Chester, NY 10573** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **VILLAGE OF PORT CHESTER, defendant**.

   Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

   Suitable Age Person: By delivering at the above address a true copy of the same to _____ a person who is of suitable age and discretion. Said premises is:    the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

**X** Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to Janus R. Richards personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be Village Clerk thereof.

   Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| X Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| Female | Black Skin | Brown Hair | 21-35 Yrs | X 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36 -50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | X Gray Hair | 51-65 Yrs. | Over 6' | X 161- 200 Lbs. |
| | Red Skin | Red Hair | X Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed he was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
   Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

       I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                      Elijah Hawthorne - Process Server
                                      **Qwik Serve Corp.**
                                      **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                              Plaintiff(s),

       -against-

KATHY HOCHUL, ET AL.,

                             Defendant(s).

-----------------------------------------------------------------------------X

**Case No.: 7:25-cv-6332**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

    Elijah Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 10, 2026** at **10:02 am** at **6th Precinct (Eastview) 2 Walker Road, Valhalla, NY 10595** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **FRANK LYNCH (NYC DEP Sergeant),** defendant.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Captain Joey Rosa, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| X Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| Female | Black Skin | Brown Hair | 21-35 Yrs | X 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Gray Hair | X 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | X Over 200 Lbs. |
| | X Tan Skin | White Hair | | | |
| | | X Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed he was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                         Elijah Hawthorne - Process Server
                                         **Qwik Serve Corp.**
                                         **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

Case No.: 7:25-cv-6332

                                              Plaintiff(s),

      -against-

KATHY HOCHUL,  ET AL.,

AFFIRMATION OF SERVICE

                                    Defendant(s).

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Elijah Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 10, 2026** at **10:02 am** at **6th Precinct (Eastview) 2 Walker Road, Valhalla, NY 10595** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **First Name Unknown SCHWARTZ (NYC DEP Officer), defendant**.

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Captain Joey Rosa, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or   dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| X Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| Female | Black Skin | Brown Hair | 21-35 Yrs | X 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36 -50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Gray Hair | X 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | X Over 200 Lbs. |
| | X Tan Skin | White Hair | | | |
| | | X Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed he was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

      I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                    Elijah Hawthorne - Process Server
                                    **Qwik Serve Corp.**
                                    **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                      Plaintiff(s),

      -against-

KATHY HOCHUL,  ET AL.,

                           Defendant(s).

----------------------------------------------------------------------------X

Case No.: 7:25-cv-6332

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | |
|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES |

on **MALIK L. BURTS (Westchester County Police Officer), defendant**.

__ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or ___ dwelling house/usual place of abode, within this state, and by

__ Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| __ Male | X  White Skin | __ Black Hair | 14-20 Yrs | __ Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | __ 21-35 Yrs. | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | __ 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | __ Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

      I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                        _____
                                        Keith Hawthorne - Process Server
                                        **Qwik Serve Corp.**
                                        **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,                                                                    Case No.: 7:25-cv-6332

                                                            Plaintiff(s),

          -against-

KATHY HOCHUL, ET AL.,                                                                  AFFIRMATION OF SERVICE

                                          Defendant(s).

-------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

          Elijah Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 10, 2026** at **10:02 am** at **6th Precinct (Eastview) 2 Walker Road, Valhalla, NY 10595** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **CHRISTOPHER SHARP (NYC DEP Officer), defendant**.

     Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Captain Joey Rosa, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

     Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

     Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| X Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| Female | Black Skin | Brown Hair | 21-35 Yrs | X 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Gray Hair | X 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | X Over 200 Lbs. |
| | X Tan Skin | White Hair | | | |
| | | X Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed he was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

          I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                            Elijah Hawthorne - Process Server
                                                            **Qwik Serve Corp.**
                                                            **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

Case No.: 7:25-cv-6332

Plaintiff(s),

-against-

KATHY HOCHUL, ET AL.,

AFFIRMATION OF SERVICE

Defendant(s).

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **JAVIER DEJESUS (Westchester County Police Officer), defendant**.

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36-50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

  I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,                                                    Case No.: 7:25-cv-6332

                                                    Plaintiff(s),

            -against-

KATHY HOCHUL,  ET AL.,                                                  AFFIRMATION OF SERVICE

                                                    Defendant(s).
------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

    Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York.
On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **DANIEL S. DUMSER (Westchester County Police Officer), defendant**.

   Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

   Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| _ Male | X  White Skin | _ Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | _ Over 200 Lbs. |
| | _ Tan Skin | White Hair | | | |
| | | Bald | | | _ Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                        _____
                                        Keith Hawthorne - Process Server
                                        **Qwik Serve Corp.**
                                        **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                                   Plaintiff(s),

        -against-

KATHY HOCHUL, ET AL.,

                              Defendant(s).

---------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6332**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

    Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **MATHIEU E. RICOZZI (Westchester County Police Officer), defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36-50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                        Keith Hawthorne - Process Server
                                        **Qwik Serve Corp.**
                                        **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                      Plaintiff(s),

        -against-

KATHY HOCHUL,  ET AL.,

                           Defendant(s).

-------------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6332**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| --- | --- | --- | --- |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **MICHAEL P. MAFFEI (Westchester County Police Officer), defendant**.

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
| --- | --- | --- | --- | --- | --- |
|  Male | X  White Skin | Black Hair | ... 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| |  Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin |  Red Hair |  Over 65 Yrs. | |  Over 200 Lbs. |
| |  Tan Skin | White Hair | | | |
| | |  Bald | | |  Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

     I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                             Keith Hawthorne - Process Server
                             **Qwik Serve Corp.**
                             **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                                        Plaintiff(s),

        -against-

KATHY HOCHUL,  ET AL.,

                                        Defendant(s).

-------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6332**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **PAUL J. CUSANO (Westchester County Police Officer), defendant**.

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
|  Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

      I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                Keith Hawthorne - Process Server
                                                **Qwik Serve Corp.**
                                                **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                                    **Case No.: 7:25-cv-6332**

                                                    Plaintiff(s),

            -against-

KATHY HOCHUL,  ET AL.,

                                                    **AFFIRMATION OF SERVICE**

                                                    Defendant(s).

---------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

        Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York.
On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | |
|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES |

on **ROBERT L. CAMAJ (Westchester County Police Officer), defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

        I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                    Keith Hawthorne - Process Server
                                                    **Qwik Serve Corp.**
                                                    **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                                Plaintiff(s),

      -against-

KATHY HOCHUL, ET AL.,

                          Defendant(s).

-------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6332**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **BRANDON A. DAY (Westchester County Police Officer), defendant.**

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or _____ dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

      I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                          _____
                                        Keith Hawthorne - Process Server
                                        **Qwik Serve Corp.**
                                        **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                    Plaintiff(s),

      -against-

KATHY HOCHUL, ET AL.,

                        Defendant(s).

Case No.: 7:25-cv-6332

**AFFIRMATION OF SERVICE**

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

    Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **PAUL S. DESOUSA (Westchester County Police Officer), defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X actual place of business abode or     dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs. | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                    _____
                                    Keith Hawthorne - Process Server
                                    **Qwik Serve Corp.**
                                    **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                          Plaintiff(s),

        -against-

KATHY HOCHUL, ET AL.,

                             Defendant(s).
------------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6332**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| **X SUMMONS IN A CIVIL ACTION** | **X SECOND AMENDED COMPLAINT** | | |
| **X ELECTRONIC CASE FILING RULES & INSTRUCTIONS** | **X INDIVIDUAL PRACTICES IN CIVIL CASES** | | |

on **JOHN J. SEVERI (Westchester County Police Officer), defendant.**

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf.</u>
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

     I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                       Keith Hawthorne - Process Server
                                       **Qwik Serve Corp.**
                                         **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

Case No.: 7:25-cv-6332

Plaintiff(s),

-against-

KATHY HOCHUL,  ET AL.,

**AFFIRMATION OF SERVICE**

Defendant(s).

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

     Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York.
On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **NICHOLAS LOPANO (Westchester County Police Officer), defendant.**

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                    Keith Hawthorne - Process Server
                                    **Qwik Serve Corp.**
                                    **COHEN & GREEN P.L.L.C.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------------X
**AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM CHRISTOPHER CAVALLO,**

                                                         Plaintiff(s),

      -against-

**KATHY HOCHUL, ET AL.,**

                                     Defendant(s).
-------------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6332**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **MARILENA T. SOPHIA (Westchester County Police Officer), defendant**.

  . Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

  . Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| . Male | X White Skin | Black Hair | 14-20 Yrs | . Under 5`3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs. | 5`4"-5`8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5`9"-6` | X 131-160 Lbs. |
| | . Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6` | 161- 200 Lbs. |
| | . Red Skin | Red Hair | . Over 65 Yrs. | | . Over 200 Lbs. |
| | . Tan Skin | White Hair | | | |
| | | . Bald | | | . Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

      I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                              _____
                                            Keith Hawthorne - Process Server
                                            **Qwik Serve Corp.**
                                            **COHEN & GREEN P.L.L.C.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------X

**AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM CHRISTOPHER CAVALLO,**

**Case No.: 7:25-cv-6332**

Plaintiff(s),

-against-

**KATHY HOCHUL, ET AL.,**

**AFFIRMATION OF SERVICE**

Defendant(s).

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **ELIOT WILDER (Westchester County Police Officer),** defendant.

___ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

___ Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

___ Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| ___ Male | X  White Skin | Black Hair | ___ 14-20 Yrs | ___ Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | ___ Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | ___ Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | ___ White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf

**X** Index Number/Date of Filing Endorsement _____.

**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

         Case No.: 7:25-cv-6332

                           Plaintiff(s),

     -against-

KATHY HOCHUL, ET AL.,

              AFFIRMATION OF SERVICE

                        Defendant(s).

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

     Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **RYAN G. WATTS (Westchester County Police Officer),** defendant.

  ... Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or   dwelling house/usual place of abode, within this state, and by

  ... Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | X White Skin | Black Hair | 14-20 Yrs. | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs. | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

X Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
X Index Number/Date of Filing Endorsement _____
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

     I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                  _____
                                  Keith Hawthorne - Process Server
                                  **Qwik Serve Corp.**
                                  **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------X

**AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM CHRISTOPHER CAVALLO,**

Case No.: 7:25-cv-6332

Plaintiff(s),

    -against-

**KATHY HOCHUL, ET AL.,**

AFFIRMATION OF SERVICE

Defendant(s).

-------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

    **Keith Hawthorne** hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **TREVOR M. DENNIN (Westchester County Police Sergeant), defendant**.

    .. Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to **Angelique Fiumefreddo, Records Clerk**, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| . Male | X  White Skin | Black Hair | . 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | . Red Skin | Red Hair | . Over 65 Yrs. | | Over 200 Lbs. |
| | . Tan Skin | White Hair | | | |
| | | Bald | | | . Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____

Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

**Case No.: 7:25-cv-6332**

Plaintiff(s),

-against-

KATHY HOCHUL, ET AL.,

**AFFIRMATION OF SERVICE**

Defendant(s).

-------------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **THOMAS C. OLSEN (Westchester County Police Officer), defendant**.

_ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or _ dwelling house/usual place of abode, within this state, and by

_ Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

_ Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X  White Skin | Black Hair | _ 14-20 Yrs | _ Under 5`3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | _ 21-35 Yrs | 5`4"-5`8" | 100-130 Lbs. |
| | Brown Skin | _ Blonde Hair | X 36 -50 Yrs. | X 5`9"-6` | X 131-160 Lbs. |
| | Yellow Skin | _ Gray Hair | _ 51-65 Yrs. | Over 6` | 161- 200 Lbs. |
| | _ Red Skin | Red Hair | _ Over 65 Yrs. | | Over 200 Lbs. |
| | _ Tan Skin | White Hair | | | |
| | | _ Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------X

**AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM CHRISTOPHER CAVALLO,**

                                        Plaintiff(s),

**Case No.: 7:25-cv-6332**

     -against-

**KATHY HOCHUL,  ET AL.,**

                        Defendant(s).

**AFFIRMATION OF SERVICE**

-------------------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

       <u>Keith Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on <u>**TUFAN S. DILSCHMANN (Westchester County Police Officer), defendant**</u>.

   . Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Angelique Fiumefreddo, Records Clerk</u>, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

   . Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

   . Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf.</u>
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

       I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                          Keith Hawthorne - Process Server
                          **Qwik Serve Corp.**
                          **COHEN & GREEN P.L.L.C.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------X

**AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM CHRISTOPHER CAVALLO,**

**Case No.: 7:25-cv-6332**

Plaintiff(s),

-against-

**KATHY HOCHUL, ET AL.,**

**AFFIRMATION OF SERVICE**

Defendant(s).
-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

    <u>Keith Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on <u>**TYLER J. SMITH (Westchester County Police Officer),**</u> **defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Angelique Fiumefreddo, Records Clerk,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

X Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf.</u>
X Index Number/Date of Filing Endorsement _____.
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM CHRISTOPHER CAVALLO,

**Case No.: 7:25-cv-6332**

Plaintiff(s),

-against-

KATHY HOCHUL, ET AL.,

**AFFIRMATION OF SERVICE**

Defendant(s).

-------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **BRIAN M. HESS (Westchester County Police Lieutenant), defendant**.

.. Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

.. Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____ .
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

Case No.: 7:25-cv-6332

Plaintiff(s),

-against-

KATHY HOCHUL, ET AL.,

AFFIRMATION OF SERVICE

Defendant(s).

--------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **JAMES B. GREER (Westchester County Police Captain), defendant**.

Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

X Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

X Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
X Index Number/Date of Filing Endorsement _____.
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------------X

**AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM CHRISTOPHER CAVALLO,**

                                                                  Plaintiff(s),

**Case No.: 7:25-cv-6332**

        -against-

**KATHY HOCHUL, ET AL.,**

                               Defendant(s).

**AFFIRMATION OF SERVICE**

-------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **OISIN MCGLOIN (Westchester County Police Officer), defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or ___ dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

Male

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                     Keith Hawthorne - Process Server
                                     **Qwik Serve Corp.**
                                     **COHEN & GREEN P.L.L.C.**