USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/30/2026__

## MEMORANDUM ENDORSEMENT

7:25-cv-06332-NSR
Jamal et al v. Hochul et al.

Plaintiffs request an extension of time to complete service of the Second Amended Complaint ("SAC") on Defendants who do not yet have representation.  This is Plaintiffs' second such request.  (*See* ECF No. 40.)  The Court GRANTS the request and hereby directs Plaintiffs to effectuate service on all Defendants who have not yet been served by May 15, 2026.

The briefing schedule for motions to dismiss the SAC, or otherwise respond to it, remains stayed.  On or before June 15, 2026, **all** Defendants shall file a single joint letter informing the Court whether they intend to move to dismiss the SAC.  Upon receipt of that submission, the Court will issue an amended briefing schedule.

SO ORDERED.

Dated: March 30, 2026
      White Plains, NY

Nelson S. Román, U.S. District Judge

# COHEN GREEN

March 29, 2026

Hon. Nelson S. Román, U.S.D.J.
United States District Court, Southern District of New York
300 Quarropas St., Courtroom 218
White Plains, NY 10601-4150

By Facsimile: (914) 390-4179

> Re:  **Jamal, et al v. Hochul, et al, 25-cv-06332 (NSR) (JCM)**

Your Honor:

My firm, with co-counsel, represents Plaintiffs in the above-referenced case. I write to request an extension of time within which to complete service of the second amended complaint ("SAC") in this matter on Defendants Dayton Tucker and Gary McCord, both of whom do not yet have representation recorded on the docket. The time to complete service will run in the next couple days, and all other named Defendants have been served. This is the second request for such relief.

On March 10, 2026, Plaintiffs' process server attempted to serve Defendant Tucker at the SUNY Purchase campus in Purchase, NY, however service was refused. (*See* annexed Exhibit A). Plaintiffs then attempted to serve Defendant Tucker at the SUNY Office of the General Counsel in Albany, which also refused to accept service. Plaintiffs had no reason to believe service would be refused, as the university previously accepted service of the First Amended Complaint on Defendant Tucker's behalf (ECF 13). Plaintiffs now intend to move forward with attempting service on Defendant Tucker personally, as opposed as to through SUNY.

With respect to Defendant McCord, apparently he left his employment with the Port Chester Police Department at some point since the SAC was filed; thus, they refused to accept service on his behalf when Plaintiffs process server attempted service on March 12, 2026 (*See* annexed Exhibit A). Further, while Plaintiffs anticipate the same attorney representing McCord in the related matter *Thompson, et al. v. Hochul, et al., (7:25-cv-06322)* which is also before Your Honor, will appear for McCord here, attempts to resolve this with opposing counsel over email have been unsuccessful.[1] Therefore, Plaintiffs will now also attempt to serve Defendant McCord personally, as opposed as to through the Port Chester PD or his anticipated counsel.

I respectfully submit that those circumstances constitute good cause within the meaning of Fed.R.Civ.P. 4(m) to extend the deadline within which to serve Defendants Tucker and McCord. Therefore, pursuant to FRCP 4(m), I ask that the Court extend the time to serve these defendants for 45 days, to allow Plaintiffs time to investigate and locate the proper service information.

For the reasons set forth above, Plaintiffs request an extension of time of 45 days within which to complete service of the SAC on Defendant Tucker and Defendant McCord, up to and

---

[1] Counsel appearing for Defendant McCord in the *Thompson* matter did not respond to 3 emails sent from the undersigned on various dates between March 16, 2026 and March 24, 2026.

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com



including May 15, 2026. Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____

Regina Yu
Cohen&Green P.L.L.C.
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,                                          Case No.: 7:25-cv-6332

                                            Plaintiff(s),

        -against-

KATHY HOCHUL, ET AL.,                                          AFFIRMATION OF ATTEMPTED SERVICE

                              Defendant(s).
--------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

        Elijah Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age. and resides in the State of New York. On **March 10, 2026** at **10:20 am** at **735 Anderson Avenue, Purchase, NY 10577** deponent attempted to serve the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **DAYTON TUCKER, defendant.**

    Individual: By delivering a true copy of same to respondent/defendant/witness personally; and deponent knew the person so served to be the person described as said respondent/defendant/witness.

    Suitable Age Person: By delivering at the above address a true copy of same to _____ a person who is of suitable age and discretion. Said premises is:    the actual place of business abode or    dwelling house or    usual place of abode. within this state, and by

    Mailing: Deponent also enclosed a true copy of same in a post-paid sealed envelope properly addressed to the above named at the above addresses by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within 24 hours.

**X Attempted Service:** Service was refused to the Desk Officer who stated "he is no longer the Chief of Police" and "all legal papers must be brought to the main offices in Albany". No further information was provided.

Description: The person spoken with is described as follows:

| Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| Female | Black Skin | Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Grey Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | |

    Other Identifying Features: _____.
**X** Index Number/Date of Filing Endorsement _____.
    Military Service: Deponent inquired and was informed that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

        I affirm this 12th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                        _____
                                        Elijah Hawthorne - Process Server
                                        Qwik Serve Corp.
                                        COHEN & GREEN P.L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,

                                   Plaintiff(s),

    -against-

KATHY HOCHUL, ET AL.,

                            Defendant(s).
------------------------------------------------------------------------------------X

Case No.: 7:25-cv-6332

AFFIRMATION OF ATTEMPTED SERVICE

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Elijah Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On March 12, 2026 at 10:41 am at 350 N Main Street, Port Chester, NY 10573 deponent attempted to serve the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on OFFICER GARY MCCORD, defendant.

Individual: By delivering a true copy of same to respondent/defendant/witness personally; and deponent knew the person so served to be the person described as said respondent/defendant/witness.

Suitable Age Person: By delivering at the above address a true copy of same to _____ a person who is of suitable age and discretion. Said premises is: the actual place of business abode or dwelling house or usual place of abode. within this state, and by

Mailing: Deponent also enclosed a true copy of same in a post-paid sealed envelope properly addressed to the above named at the above addresses by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within 24 hours.

X Attempted Service: Service was refused by the Reception Desk Sergeant who stated "he no longer works here so I cannot accept for him". No further information was provided.

Description: The person spoken with is described as follows:

| Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| Female | Black Skin | Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36 -50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Grey Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | |

.. Other Identifying Features: _____
X Index Number/Date of Filing Endorsement _____
Military Service: Deponent inquired and was informed that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 12th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Elijah Hawthorne - Process Server
Qwik Serve Corp.
COHEN & GREEN P.L.L.C.