UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS, and WILLIAM
CHRISTOPHER CAVALLO,                                           Case No.: 7:25-cv-6332

                                      Plaintiff(s),

      -against-

KATHY HOCHUL,  ET AL.,                                       AFFIRMATION OF SERVICE

                        Defendant(s).

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Najir Williams hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York.
On **May 6, 2026** at **8:46 am** at **180 Stony Brook Road, Fishkill, NY 12524** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **DAYTON TUCKER, defendant**.

   Individual: By delivering a true copy of same to respondent/defendant/witness personally; and deponent knew the person so served to be the person described as said respondent/defendant/witness.

**X** Suitable Age Person: By delivering at the above address a true copy of same to Jaclyn DeCarlo, "Wife", a person who is of suitable age and discretion. Said premises is:    the actual place of business abode or  X dwelling house or  X usual place of abode, within this state, and by

**X** Mailing: Deponent also enclosed a true copy of same in a  post-paid sealed envelope marked "Personal and Confidential" properly addressed to the above named at the above addresses by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person spoken with is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | Brown Hair | 21-35 Yrs. | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36 -50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Grey Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | |

  Other Identifying Features: _____.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Deponent inquired and was informed that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

     I affirm this 8th day of May, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                               Najir Williams - Process Server
                               **Qwik Serve Corp.**
                               **COHEN & GREEN P.L.L.C.**