

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

June 15, 2026

**<u>BY ECF</u>**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:    *Jamal, et al. v. Hochul, et al.,* No. 25-cv-6332-NSR
<u>Proposed Briefing Schedule for Defendants' Motions to Dismiss</u>

Dear Judge Román:

This Office represents Governor Kathy Hochul, former President of State University of New York at Purchase ("SUNY Purchase") Milagros Peña, State University Police at SUNY Purchase ("UPD") Officer Matthew Alto, UPD Officer Cindy Markus, UPD Officer James McGowan, and former UPD Officer James Foley in the above-referenced action. We submit this letter in accordance with the Memo Endorsement, dated March 30, 2026, directing all Defendants to "file a single joint letter informing the Court whether they intend to move to dismiss the SAC." (ECF No. 42).

Together with respective counsel for Defendants County of Westchester, Town/Village of Harrison, Village of Larchmont, and the City of New York, the parties respectfully inform the Court of their intent to separately move to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b).

At this time, Defendants respectfully propose the following briefing schedule for their motions to dismiss:[1]

1. Deadline to serve Motions to Dismiss: September 30, 2026;
2. Deadline to serve Opposition to Motions to Dismiss: January 15, 2027;

---

[1]    To the extent that the Court will allow the Defendants to file separate pre-motion letters (since there are different defenses being pursued), all defense counsel request six weeks from the Court's order on this proposed scheduling brief to do so.

2

3.  Deadline to serve Replies in Further Support of Defendants' Motions to Dismiss: March 15, 2027.

Thank you for your Honor's consideration of this submission.

Respectfully submitted,

*/s/ Elizabeth B. Gates*
Elizabeth B. Gates
Special Litigation Counsel
(212) 416-6402
elizabeth.gates@ag.ny.gov
*Attorneys for State Defendants*

cc: Counsel of Record (by ECF)