USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/23/2026

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ALEXANDRA CORSI**
*Senior Counsel*
phone: (212) 356-3545
fax: (212) 356-3509
acorsi@law.nyc.gov

September 22, 2026

**BY ECF**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Jamal, et al. v. Hochul, et al.*
25 CV 6332 (NSR)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for the City of New York defendants in the above-referenced matter. In that capacity, I write with the consent of plaintiffs' counsel, Regina Yu, and all defense counsel, to respectfully request a two-week extension of time, from September 30, 2026 to October 15, 2026, for all defendants to file their motions to dismiss. To the extent the Court is inclined to grant the within request, it is respectfully requested that the remainder of the motion scheduled be correspondingly extended by two weeks as set forth below. The reason for the request is that due to other work obligations, including recent ongoing motion practice in numerous other cases, additional time is needed to sufficiently prepare defendants' responsive pleading. Accordingly, it is respectfully requested, on consent of all parties, that the briefing schedule for defendants' motion to dismiss be adjusted as follows:

MEMO ENDORSED

- Deadline for defendants to file their motion to dismiss: October 30, 2026
- Deadline for plaintiffs to file their opposition: February 1, 2027
- Deadline for defendants to file their reply: March 30, 2027.

*See* **Pg. 2**

We thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Alexandra Corsi*
Alexandra Corsi

*Senior Counsel*

cc: All counsel of record (by ECF)

**The Court GRANTS Defendants' consented-to request for an extension of time to serve their motion to dismiss papers. Defendants identify two proposed deadlines, October 15 and October 30, 2026. Because they request a two-week extension, the new deadline is October 15, 2026. The parties shall adhere to the following revised briefing schedule:**

1) **Defendants' opening papers shall be served (but not filed) on October 15, 2026;**
2) **Plaintiff's opposition papers shall be served (but not filed) on February 1, 2027; and**
3) **Defendants' reply papers shall be served on March 30, 2027.**

**All motion papers shall be filed on the reply date, March 30, 2027. The parties are directed to mail two physical copies. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 55.**

**Dated: September 23, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge