UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMANI JAMAL et al.,

Plaintiffs,

-against-

KATHY HOCHUL, et al.,

Defendants.
-----------------------------------------------------------X

**NOTICE OF APPEARANCE**

Docket No.: 25-cv-6332 (NSR)

**PLEASE TAKE NOTICE** that the undersigned, Douglas LaBarbera, Esq., of LaBarbera & Associates P.C., hereby appears as counsel for Defendant Dayton Tucker in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that all papers, notices, and other communications in this action shall be served upon the undersigned through the Court's Electronic Case Filing ("ECF") system.

Dated: November 17, 2026
New York, New York

Respectfully submitted,

LABARBERA & ASSOCIATES P.C.
*Attorneys for Defendant Dayton Tucker*

By: /s/ Douglas LaBarbera
Douglas LaBarbera, Esq.
111 John Street, Suite 640
New York, New York 10038
(212) 964-8038
dlabarbera@pbalawyers.com
SDNY Attorney ID No. 6212

cc: All Counsel of Record (via ECF)