USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/23/2026

MEMO ENDORSED

**MEMORANDUM ENDORSEMENT**

*Jamal et al. v. Hochul et al.*, 7:25-cv-06332 (NSR)

*Thompson et al. v. Hochul et al.*, 7:25-cv-06322 (NSR)

The Court is in receipt of the letter from counsel for Defendant Dayton Tucker, filed in both of the above-captioned actions, requesting (i) an extension of Defendant Tucker's time to respond to the Complaint, and (ii) leave to file a motion to dismiss in each action without a separate pre-motion conference request. (*Thompson*, ECF Nos. 68, 69; *Jamal*, ECF No. 59.)

The request is GRANTED on consent of all parties. The Court waives the pre-motion conference requirement and grants Defendant Tucker leave to file the proposed motions to dismiss. Defendant Tucker is directed to file an answer to the Complaint in each action by December 14, 2026, or, alternatively, to move to dismiss in accordance with the following schedule:

1. Defendant Tucker's moving papers shall be served, not filed, on January 8, 2027;
2. Plaintiffs' opposition papers shall be served, not filed, on February 19, 2027; and
3. Defendant Tucker's reply papers shall be served on March 12, 2027.

The parties shall file all motion papers on the final reply date, March 12, 2027. The parties are directed to mail a copy of their motion documents to Chambers as they are served, as well as send a copy to Chambers via email as they are served. The Clerk of Court is kindly directed to terminate the motion at ECF No. 59 in 25-cv-06332.

Dated: November 23, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge